UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARTER J. MAGLOIRE,
Plaintiff,

v.

MIGDALIA TORRES,
Defendants.

Civil No: 06-1236 (JAF)

## NOTICE OF DEFECTIVE FILING

The Clerk of Court has filed your pleading, dated February 27, 2006 entitled **Carter J. Magloire v. Migdalia Torres**. However, a deficiency has been noted for the record. Failure to correct this deficiency **within the next (30) thirty days from the date of this Notice,** may result in an Order striking the pleading from the record and/or dismissing this action.

| # | | |
|---|---|---|
| 1 | | Pleading is illegible or otherwise not in compliance with L.Civ.R. 10. |
| 2 | | Brief in Support of Motion _____ omitted. L.Civ.Rs.7.1 and 56. |
| 3 | | Pleading not on 8.5 x 11 inch size paper. L.Civ.R. 10. |
| 4 | | Proposed amended pleadings to be submitted not included with motion and brief. |
| 5 | | Motion to consolidate is not in compliance with L.Civ.Rs. 7.1, 10 and 42. |
| 6 | | Notice of Removal does not comply with L.Civ.Rs. 5.1 and 10. |
| 7 | | Pleading or document is not in the English language. L.Civ.Rs. 10(b) and 43. |
| 8 | | Motion or order for investment or withdrawal of funds is not in compliance with L.Civ.R. 67. |
| 9 | | Prisoner pleading is not in form prescribed by District Court, or in format substantially conforming thereto. L.Civ. R. 3.1(c). |
| 10 | X | Other: Plaintiff did not pay the $250.00 filing fee, nor did he file a Motion and Affidavit to Proceed in Forma Pauperis. Plaintiff is directed to either submit the corresponding filing fee or to file a Motion and Affidavit to Proceed in Forma Pauperis within thirty (30) days from the date of this Notice. |

Dated:

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

For _____, Assistant Operations Manager
Angel A. Valencia-Aponte, Esq.
Chief Deputy Clerk